IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| RAY FLAKE and KATHY FLAKE,<br>Plaintiffs, | )<br>)<br>) | NO. 3:07-0925<br>JUDGE HAYNES |
| v. | )<br>) | |
| SCHRADER-BRIDGEPORT INTERNATIONAL,<br>INC.; TOMKINS, PLC; ARVINMERITOR, INC.;<br>JOHN DOES 1-10; APLPER HOLDINGS<br>USA, INC.; ROBERT JOHN KILMARX;<br>and KAREN MARIE KILMARX, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |
| JOHN ARMSTRONG and<br>CHARLOTTE ARMSTRONG, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | NO. 3:07-0926<br>JUDGE HAYNES |
| v. | )<br>) | |
| SCHRADER-BRIDGEPORT INTERNATIONAL,INC.;<br>TOMKINS, PLC; ARVINMERITOR, INC.;<br>JOHN DOES 1-10; APLPER HOLDINGS<br>USA, INC.; ROBERT JOHN KILMARX;<br>and KAREN MARIE KILMARX,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) | |
| DONALD ADKINS, *et al.*, | )<br>) | |
| Plaintiffs, | )<br>) | NO. 3:07-0927<br>JUDGE HAYNES |
| v. | )<br>) | |
| SCHRADER-BRIDGEPORT INTERNATIONAL,<br>INC.; TOMKINS, PLC; ARVINMERITOR, INC.;<br>JOHN DOES 1-10; APLPER HOLDINGS<br>USA, INC.; ROBERT JOHN KILMARX;<br>and KAREN MARIE KILMARX,<br>Defendants. | )<br>)<br>)<br>)<br>)<br> | |

**ORDER**

In accordance with the Memorandum filed herewith, the Plaintiffs' motion (Docket Entry No. 59) is **DENIED as moot** and the Defendant Tomkins plc's revised motions to dismiss (Docket Entry No. 46 in 3:07-925); (Docket Entry No. 62 in Case No. 3:07-926); and (Docket Entry No. 59 in Case No. 3:07-927) are **GRANTED** and Plaintiffs' claims against Tomkins plc are **DISMISSED** for lack of personal jurisdiction of Tomkins plc. The Clerk shall enter this Order and accompanying Memorandum in each of the above-styled actions.

It is so **ORDERED**.

**ENTERED** this the ___15th___ day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge