IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RAY FLAKE, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | NO. 3:07-0925<br>JUDGE HAYNES |
| v. | ) ) | |
| SCHRADER-BRIDGEPORT<br>INTERNATIONAL, INC., *et al* | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| JON ARMSTRONG, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | NO. 3:07-926<br>JUDGE HAYNES |
| v. | ) ) | |
| SCHRADER-BRIDGEPORT<br>INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DONALD ADKINS, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | NO. 3:07-927<br>JUDGE HAYNES |
| v. | ) ) | |
| SCHRADER-BRIDGEPORT<br>INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| JAMES DUMBAR, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | NO. 3:07-928<br>JUDGE HAYNES |
| v. | ) ) | |
| SCHRADER-BRIDGEPORT<br>INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

Upon review of the file, these actions are set for a status conference on **Monday, June 28, 2010 at 3:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 16th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge