IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RAY FLAKE, *et al.*, | ) | |
| Plaintiffs, | ) ) | NO. 3:07-0925 |
| v. | ) ) | JUDGE HAYNES |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC., *et al* | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| JON ARMSTRONG, *et al.*, | ) | |
| Plaintiffs, | ) ) | NO. 3:07-926 |
| v. | ) ) | JUDGE HAYNES |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DONALD ADKINS, *et al.*, | ) | |
| Plaintiffs, | ) ) | NO. 3:07-927 |
| v. | ) ) | JUDGE HAYNES |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

# ORDER

A status conference is set in this action for **Friday, January 14, 2011 at 3:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _28th_ day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge