IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAY FLAKE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | NO. 3:07-0925 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| SCHRADER-BRIDGEPORT ) | |
| INTERNATIONAL, *et al.*, ) | |

## O R D E R

Upon review of the files, it is **ORDERED** that Jon Armstrong, et al v. Schrader-Bridgeport, et al, Case No. 3:07-0926 as well as Donald Adkins, et al v. Schrader-Bridgeport, et al, Case No. 3:07-927 be **CONSOLIDATED** with the above action and that all future filings be filed under Case No. 3:07-0925 action.

It is so **ORDERED**.

**ENTERED** this the ___15th___ day of February, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge