IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RAY FLAKE, *et al.*, | ) | |
| Plaintiffs, | ) ) | NO. 3:07-0925 |
| v. | ) ) | JUDGE HAYNES |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC., *et al* | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| JON ARMSTRONG, *et al.*, | ) | |
| Plaintiffs, | ) ) | NO. 3:07-926 |
| v. | ) ) | JUDGE HAYNES |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DONALD ADKINS, *et al.*, | ) | |
| Plaintiffs, | ) ) | NO. 3:07-927 |
| v. | ) ) | JUDGE HAYNES |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

# O R D E R

In accordance with the Memorandum filed herewith, Defendant Schrader-Bridgeport International, Inc.'s motion for summary judgment (Docket Entry No. 84) and ArvinMeritor, Inc.'s motion for summary judgment (Docket Entry No. 88) are **GRANTED**. Plaintiffs' motion for partial summary judgment (Docket Entry No. 90) is **DENIED**. After review of the file, no

issues or controversies remain in any of the individual actions. Accordingly, each of the individual actions and this consolidation action are **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 23rd day of March, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge